FILED

APR 16 2025

AT 8:30 ___ 1:05 P M
CLERK, U.S. DISTRICT COURT - DNJ

2025R00295/PCA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 25-245 (CPO) |
| | : | |
| JUNIOR ALFREDO ESCOBAR-VARGAS | : | 8 U.S.C. § 1326(a) |

## INDICTMENT

(Illegal Reentry)

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about February 21, 2025, in Atlantic County, in the District of New Jersey, and elsewhere, the defendant,

**JUNIOR ALFREDO ESCOBAR-VARGAS**,

an alien, who had been previously excluded, deported, and removed and had departed the United States while an order of deportation or removal was outstanding, did knowingly and unlawfully enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

███████████████████████████

FOREPERSON

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

**JUNIOR ALFREDO ESCOBAR-VARGAS**

## INDICTMENT FOR

8 U.S.C. § 1326(a)

A True Bill,

███████████████████████

**Foreperson**

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

PATRICK C. ASKIN
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
856-757-5026